# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | 1:15-cv-226-LJO-GSA |
| Plaintiff, | ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 10) |
| v. | |
| WENYAO GUAN, et al., | |
| Defendants. | |

On April 22, 2015, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 10 at 1. Plaintiff requests that the Court issue an order dismissing the complaint with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint with prejudice.

IT IS SO ORDERED.

Dated:  **April 24, 2015**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1